FILED ✗   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG 13 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-170-LDG (RJJ) |
| ABEL VILLANUEVA, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ABEL VILLANUEVA**

On May 14, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant ABEL VILLANUEVA to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ABEL VILLANUEVA.

DATED this 13 day of Aug, 2010.

_____
UNITED STATES DISTRICT JUDGE